IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THERESA C. W. PRYOR-KENDRICK                    PETITIONER
ADC # 708204

v.                 No. 5:12-cv-6-DPM-JTK

RAY HOBBS                                              RESPONDENT

## ORDER

Magistrate Judge Kearney recommended that the Court dismiss Pryor-Kendrick's habeas petition challenging four disciplinary actions taken against her. *Document No. 17.* A few days after the objection deadline, the Clerk received approximately 1,000 pages of material from Pryor-Kendrick. Unsure how to handle the voluminous material, much of which was hand-written in faint pencil and which included many unusual things (such as a diary), the Clerk sent everything to Chambers and asked for direction. Pryor-Kendrick has since asked for copies of some documents.

The Court directs the Clerk to file, effective 9 May 2012 (the receipt date) the following materials. Because of their volume and the difficulty in being able to read them after scanning, the Court directs that the filings be noted on

the docket sheet but need not be scanned.

    1. Objection and Statement of Necessity (77 pages)

    2. Motion to Amend Original Complaint (12 pages)

    3. Proposed Amended Complaint (63 pages)

    4. Motion for Reconsideration (3 pages)

    5. Motion for Sentence Reduction (3 pages).

    6. Supporting Materials (983 pages)

Pryor-Kendrick's 9 May 2012 submission included 983 pages of an extraordinarily detailed journal she says she kept during her parole in 2009. Much of the journal is written on the backs of grievance forms dated 2011.

On 4 June 2012 the Court received Pryor-Kendrick's inquiry about the status of her submission and request for copies of some documents. The Court directs the Clerk to docket her inquiry as a motion for copies. Pryor-Kendrick says she needs copies of four days of journal entries for use as evidence in another lawsuit. Those entries are attached to this Order. Her motion for copies is otherwise denied for now.

In her June 4th submission, Pryor-Kendrick enclosed "Requests for Production of Documents" from a number of purported defendants. The

Court directs the Clerk to return these documents. This is a habeas case. Ray Hobbs is the only proper defendant, and Pryor-Kendrick cannot request production from a nonparty. Discovery will proceed, if at all, only at the Court's direction.

In the circumstances the Court declines to accept Judge Kearney's recommendation. The Court refers the motion to amend, the motion for reconsideration, and the motion for sentence reduction to him for consideration in light of Pryor-Kendrick's voluminous filings. The Court looks forward to a new recommendation covering all pending matters.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  6 July 2012