IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THERESA C. W. PRYOR-KENDRICK　　　　　　　　　　PETITIONER
ADC # 708204

v.　　　　　　　　No. 5:12-cv-6-DPM-JTK

RAY HOBBS　　　　　　　　　　　　　　　　　　RESPONDENT

ORDER

Magistrate Judge Jerome T. Kearney has recommended, *Document No. 30*, that Pryor-Kendrick's petition for a writ of habeas corpus be denied with prejudice and that her motions to amend be denied. Pryor-Kendrick has filed an objection, a statement of facts, and a letter. *Document Nos. 31, 32 & 34.*

On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Judge Kearney's thorough and well-reasoned opinion as its own with one amplification: the citation to *Bressman* on page 10 should reflect that it is to Judge Heaney's opinion concurring in part and dissenting in part. Pryor-Kendrick has elaborated her allegations about the 2009 parole-revocation hearing and earlier criminal convictions. But she has not produced any authority—or even argument—that her challenges to that hearing or those convictions are within the limitations period for a habeas action. 28

U.S.C. § 2254(d)(1). And her timely claims are not cognizable.

Second proposed findings and recommendations, *Document No. 30*, adopted in full as amplified. Motions to amend, *Document Nos. 23 & 29*, denied. Other motions, *Document Nos. 10, 13 & 26*, are denied as moot. Pryor-Kendrick's motion for copies, *Document No. 33*, is granted as modified. The Clerk is directed to scan and file all of *Document Nos. 23, 24, 25, 26, 27 & 28* electronically, and update or supplement the corresponding docket entries, by 5 October 2012. The Clerk should mail all the originals back to Pryor-Kendrick by that date too.

The Court declines to enter a certificate of appealability as to this Order or the related Judgment because Pryor-Kendrick has not made a substantial showing that she was denied any constitutional right. 28 U.S.C. § 2253(c) & HABEAS CORPUS R. 11(a).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2012