# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**THERESA C. W. PRYOR-KENDRICK**    PETITIONER
**ADC # 708204**

v.    No. 5:12-cv-6-DPM

**RAY HOBBS**    RESPONDENT

## JUDGMENT

Pryor-Kendrick's petition for a writ of habeas corpus is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2012