IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THERESA C.W. PRYOR-KENDRICK
A.D.C. # 708204                                                               PETITIONER

v.                                    No. 5:12-cv-6-DPM

RAY HOBBS                                                                    RESPONDENT

## ORDER

Pryor-Kendrick has submitted the attached papers to the Court; it is unclear why she has done so. This case is currently on appeal, and there are no pending motions. Some of the papers appear to be recreations of documents filed earlier in the case. The Court directs the Clerk to return the papers to Pryor-Kendrick with a copy of this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 January 2013