IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THERESA C.W. PRYOR-KENDRICK
A.D.C. # 708204                                                                PETITIONER

v.                                    No. 5:12-cv-6-DPM

RAY HOBBS                                                                      RESPONDENT

## ORDER

Pryor-Kendrick has submitted the attached papers to the Court. She appears to believe that the Court has requested different versions of documents she submitted earlier in the case. Pryor-Kendrick's case is currently on appeal and no further filings with the District Court are in order at this time. The Clerk should return these (and any papers submitted by Pryor-Kendrick) until her appeal is resolved. This case is, for the time being, done in this Court.

So Ordered.

D.P. Marshall Jr.
United States District Judge

11 February 2013